FILED LODGED
RECEIVED COPY
JUN 1 9 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Carlos H. Cortez,<br>Defendant. | CR-18-00858-PHX-SPL (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 1343 (Wire Fraud) Counts 1-86<br><br>18 U.S.C. § 1957(a) (Transactional Money Laundering) Counts 87-102<br><br>18 U.S.C. §§ 981(a) and 982(a)<br>28 U.S.C. § 2461<br>(Forfeiture Allegation) |

THE GRAND JURY CHARGES:

At all times material to this Indictment:

**DEFENDANT**

1. CARLOS H. CORTEZ ("CORTEZ"), age 44, is a resident of Goodyear, Arizona. In 2005, CORTEZ began working as a bookkeeper for KNCH, a law firm located in Phoenix, AZ.

**SCOPE OF THE WIRE FRAUD SCHEME**

2. In 2005, KNCH hired CORTEZ as a bookkeeper. CORTEZ's job was to keep the books and records for the law firm, request payment to vendors via checks signed by

the partners of the law firm and make appropriate entries into the Quicken accounting system.

3. CORTEZ devised a scheme to embezzle funds from KNCH shortly after being hired. Cortez created a fictitious company, LA CASA HOME FURNISHINGS ("LA CASA"), to facilitate his embezzlements. He opened multiple bank accounts in the name of LA CASA and he was listed as LA CASA'S owner and sole employee.

4. As early as March 2006, CORTEZ began presenting checks to B.N., a partner of the law firm, for signature. The checks were presented as valid expense items issued to a variety of vendors. CORTEZ would create fictitious account entries into the KNCH Quicken accounting system in order to hide the embezzlement. Once the checks were signed, CORTEZ altered the payee on the checks to list, "LA CASA".

5. As the scheme progressed, LA CASA business bank account xxxx1079 was opened on April 10, 2009, and held at Wells Fargo. It is unclear who authorized the addition of CORTEZ as a signer on the KNCH Trust Account, however, this allowed CORTEZ to begin writing checks directly to LA CASA and signing the checks himself. This account and method was used to facilitate the deposit of LA CASA checks related to counts 1-86.

**COUNTS 1-86**
Wire Fraud
[18 U.S.C. § 1343]

6. Paragraphs 1 through 5 of this indictment are re-alleged and incorporated by reference as though fully set forth herein.

7. Beginning in or at least April 2009 and ending in or about March 2017, the exact dates unknown, in the District of Arizona and elsewhere, defendant CORTEZ devised and intended to devise the above-described scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

8. On or about each of the dates set forth below, for the purpose of executing or attempting to execute the above-described scheme, defendant CORTEZ caused to be transmitted by means of wire communication in interstate commerce certain writings, pictures, signals, and sounds related to certain fraudulent deposits CORTEZ made, with each transmission constituting a separate count:

| **Count** | **Date** | **Check Number** | **Amount** |
|---|---|---|---|
| **1** | 7/10/2013 | 4919 | $ 51,321.70 |
| **2** | 10/18/2013 | 4925 | $ 54,346.00 |
| **3** | 2/04/2014 | 4947 | $ 60,000.00 |
| **4** | 5/05/2014 | 4954 | $ 51,321.70 |
| **5** | 6/27/2014 | 4960 | $ 54,500.00 |
| **6** | 9/03/2014 | 4967 | $ 24,155.41 |
| **7** | 10/10/2014 | 4973 | $ 52,826.21 |
| **8** | 11/03/2014 | 4978 | $ 49,292.62 |
| **9** | 11/13/2014 | 4987 | $ 16,158.67 |
| **10** | 12/30/2014 | 4989 | $ 5,540.96 |
| **11** | 1/05/2015 | 4990 | $ 52,789.73 |
| **12** | 1/06/2015 | 4991 | $ 8,743.79 |
| **13** | 2/12/2015 | 4998 | $ 61,348.62 |
| **14** | 2/24/2015 | 5001 | $ 50,651.38 |
| **15** | 3/26/2015 | 5005 | $ 29,440.51 |
| **16** | 4/08/2015 | 5008 | $ 62,658.32 |

| Count | Date | Check Number | Amount |
|---|---|---|---|
| **17** | 5/13/2015 | 5015 | $ 62,532.78 |
| **18** | 6/02/2015 | 5019 | $ 56,425.38 |
| **19** | 7/23/2015 | 5026 | $ 58,634.28 |
| **20** | 9/10/2015 | 5032 | $ 12,288.45 |
| **21** | 9/11/2015 | 5035 | $ 3,333.33 |
| **22** | 9/25/2015 | 5036 | $ 64,528.32 |
| **23** | 11/05/2015 | 5042 | $ 62,548.31 |
| **24** | 11/05/2015 | 5041 | $ 8,893.74 |
| **25** | 11/13/2015 | 5044 | $ 7,849.58 |
| **26** | 12/01/2015 | 5045 | $ 13,258.32 |
| **27** | 12/08/2015 | 5048 | $ 14,283.12 |
| **28** | 12/11/2015 | 5049 | $ 15,432.32 |
| **29** | 12/15/2015 | 5050 | $ 13,842.78 |
| **30** | 12/18/2015 | 5051 | $ 16,896.21 |
| **31** | 12/22/2015 | 5052 | $ 18,323.78 |
| **32** | 12/28/2015 | 5053 | $ 16,876.21 |
| **33** | 1/04/2016 | 5054 | $ 16,938.19 |
| **34** | 1/05/2016 | 5055 | $ 12,832.79 |
| **35** | 1/08/2016 | 5056 | $ 18,678.43 |
| **36** | 1/11/2016 | 5058 | $ 22,932.45 |

| Count | Date | Check Number | Amount |
|---|---|---|---|
| 37 | 1/11/2016 | 5057 | $ 15,354.87 |
| 38 | 1/21/2016 | 5059 | $ 18,863.53 |
| 39 | 2/02/2016 | 5070 | $ 18,354.97 |
| 40 | 2/10/2016 | 5072 | $ 18,139.04 |
| 41 | 2/25/2016 | 5074 | $ 11,396.38 |
| 42 | 3/14/2016 | 5078 | $ 8,562.89 |
| 43 | 3/31/2016 | 5084 | $ 11,486.81 |
| 44 | 4/11/2016 | 5085 | $ 15,329.67 |
| 45 | 4/18/2016 | 5087 | $ 12,367.43 |
| 46 | 4/27/2016 | 5091 | $ 11,398.52 |
| 47 | 5/11/2016 | 5097 | $ 12,674.32 |
| 48 | 5/20/2016 | 5098 | $ 15,638.21 |
| 49 | 6/01/2016 | 5100 | $ 12,675.32 |
| 50 | 6/03/2016 | 5101 | $ 12,789.56 |
| 51 | 6/10/2016 | 5102 | $ 8,764.83 |
| 52 | 6/17/2016 | 5103 | $ 9,754.18 |
| 53 | 6/23/2016 | 5104 | $ 6,879.32 |
| 54 | 7/01/2016 | 5106 | $ 12,645.91 |
| 55 | 7/08/2016 | 5107 | $ 12,765.34 |
| 56 | 7/18/2016 | 5109 | $ 11,678.15 |

| Count | Date | Check Number | Amount |
|---|---|---|---|
| **57** | 7/29/2016 | 5118 | $ 15,438.72 |
| **58** | 8/09/2016 | 5124 | $ 15,832.75 |
| **59** | 8/26/2016 | 5130 | $ 11,675.38 |
| **60** | 9/07/2016 | 5135 | $ 8,547.14 |
| **61** | 9/12/2016 | 5136 | $ 12,439.03 |
| **62** | 9/23/2016 | 5138 | $ 8,542.60 |
| **63** | 10/03/2016 | 5140 | $ 8,638.67 |
| **64** | 10/06/2016 | 5142 | $ 6,741.08 |
| **65** | 10/14/2016 | 5148 | $ 7,972.08 |
| **66** | 10/19/2016 | 5153 | $ 15,793.18 |
| **67** | 11/02/2016 | 5154 | $ 6,971.53 |
| **68** | 11/14/2016 | 5143 | $ 5,983.04 |
| **69** | 11/16/2016 | 1004 | $ 12,854.05 |
| **70** | 11/22/2016 | 1005 | $ 12,764.82 |
| **71** | 11/28/2016 | 1006 | $ 10,871.07 |
| **72** | 12/02/2016 | 1009 | $ 9,904.76 |
| **73** | 12/08/2016 | 1011 | $ 13,873.18 |
| **74** | 12/14/2016 | 1016 | $ 12,753.94 |
| **75** | 12/20/2016 | 1017 | $ 9,085.41 |
| **76** | 12/22/2016 | 1020 | $ 7,891.09 |

| Count | Date | Check Number | Amount |
|---|---|---|---|
| **77** | 1/03/2017 | 1021 | $ 8,538.96 |
| **78** | 1/09/2017 | 1025 | $ 7,910.65 |
| **79** | 1/12/2017 | 1028 | $ 12,065.34 |
| **80** | 1/20/2017 | 1030 | $ 12,752.74 |
| **81** | 1/27/2017 | 1034 | $ 15,904.61 |
| **82** | 2/08/2017 | 1037 | $ 14,983.04 |
| **83** | 2/10/2017 | 1038 | $ 15,751.07 |
| **84** | 2/15/2017 | 1040 | $ 12,741.62 |
| **85** | 2/24/2017 | 1042 | $ 8,601.54 |
| **86** | 3/10/2017 | 1052 | $ 11,738.04 |

In violation of Title 18, United States Code, Section 1343.

**COUNTS 87-102**

Transactional Money Laundering
[18 U.S.C. § 1957(a)]

9. Paragraphs 1 through 8 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

10. Between March 2014 and December 2015, the specific dates and transactions identified below, in the District of Arizona and elsewhere, defendant CORTEZ knowingly engaged in monetary transactions at Wells Fargo from account xxxx1079, of a value greater than $10,000, occurring within the United States, with funds criminally derived from wire fraud as alleged in Counts 1-86 of this Indictment, with each transaction being a separate count of this Indictment, as follows:

| Count | On or About Date | Financial Institution | Description | Laundering Transaction |
|---|---|---|---|---|
| **87** | 12/02/2015 | WF x1079 | Withdrawal made in branch/store | $ 18,190.00 |
| **88** | 11/18/2015 | WF x1079 | Withdrawal made in branch/store | $ 15,000.00 |
| **89** | 9/30/2015 | WF x1079 | Withdrawal made in branch/store | $ 30,000.00 |
| **90** | 6/02/2015 | WF x1079 | Withdrawal made in branch/store | $ 20,000.00 |
| **91** | 5/18/2015 | WF x1079 | Withdrawal made in branch/store | $ 11,000.00 |
| **92** | 4/27/2015 | WF x1079 | Transfer in branch/store from x5503 W NORTHERN AVE GLENDALE AZ | $ 25,000.00 |
| **93** | 3/04/2015 | WF x1079 | Withdrawal made in branch/store | $ 12,000.00 |
| **94** | 2/17/2015 | WF x1079 | Wire Transfer to BB&T Northern 0005268048930830 TRN 15021 7133182 Rfb for Chevrolet Impala | $ 42,000.00 |
| **95** | 11/04/2014 | Wire Transfer from WF to Colter Motor Co. | Wire transfer to JP Morgan Chase Bank SRF 0001315308326828 TRN 141104078942 RF6 for Cadillac Escalade | $ 35,000.00 |
| **96** | 10/23/2014 | WF x1079 | Withdrawal made in branch/store 13 | $ 35,000.00 |
| **97** | 3/12/2014 | WF x1079 | Online transfer to Acct XX8500 REF #IBEG74PRGN ON 03112114 | $ 37,300.00 |
| **98** | 3/4/2015 | Comerica x7051 | WF 1079 transfer of funds to Comerica x7051 followed by Check 2198 | $ 10,090.00 |

| Count | On or About Date | Financial Institution | Description | Laundering Transaction |
|---|---|---|---|---|
| **99** | 5/18/2015 | Comerica x7051 | WF 1079 transfer of funds to Comerica x7051 followed by Check 2147 | $ 10,770.00 |
| **100** | 5/28/2015 | Comerica x7051 | WF 1079 transfer of funds to Comerica x7051 followed by Check 2154 | $ 17,880.00 |
| **101** | 3/18/2014 | Transfer from WF x8500 to x1079 | Transfer of funds | $ 33,000.00 |
| **102** | 4/27/2015 | WF x8500 | Purchase of Cashier's Check | $ 25,000.00 |

In violation of Title 18, United States Code, Section 1957(a).

**FORFEITURE ALLEGATIONS**

11. Pursuant to Title 18, United States Code, Sections 981(a) 982(a), and Title 28, United States Code, Section 2461, and as a result of committing one or more of the offenses charged in Counts 1-86 of this Indictment, defendant CORTEZ shall forfeit to the United States, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses, including but not limited to the following, in that such sum in aggregate is property of 18 U.S.C. § 981(a) and 28 U.S.C. § 2461:

(1) 1962 Chevrolet Impala VIN 21867F296530;

(2) 2014 Cadillac Escalade VIN 1GYS4BEFXER239381and

(3) A sum of money equal to at least $2,833,701.16 in United States currency, representing the amount of money involved in the offenses.

12. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982, and Title 28, United States Code, Section 2461,

the defendant shall forfeit substitute property, up to the value of the amount described above, if by any act or omission of the defendant, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

All in accordance with Title 18, United States Code, Sections 981(a) and 982(a); Title 28, United States Code, Section 2461; and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: June 19, 2018

ELIZABETH A. STRANGE
First Assistant to the United States Attorney
District of Arizona

s/
KEVIN M. RAPP
Assistant U.S. Attorney